# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-2400
_____

United States of America

*Plaintiff - Appellee*

v.

Kenneth Corvel Everett

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Western

_____

Submitted: October 30, 2024
Filed: November 8, 2024
[Unpublished]

_____

Before SHEPHERD, KELLY, and STRAS, Circuit Judges.

_____

PER CURIAM.

Kenneth Everett appeals after the district court[1] revoked his supervised release and sentenced him to 21 months in prison and no term of supervised release. His

_____

[1]The Honorable Leonard T. Strand, United States District Judge for the Northern District of Iowa.

counsel has moved for leave to withdraw, and has filed a brief challenging the revocation sentence as substantively unreasonable.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Everett, as it properly considered the 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors; and the sentence was below the statutory limit.  See 18 U.S.C. § 3583 (maximum revocation prison term is 2 years for Class C felony); United States v. Miller, 557 F.3d 910, 915-18 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard); see also United States v. Larison, 432 F.3d 921, 922-24 (8th Cir. 2006) (revocation sentence may be unreasonable if district court fails to consider relevant § 3553(a) factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____